**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

WILLIAM LEE LAWSHE,
an individual,

       Plaintiff,

v.                                                    Case No. 3:24-cv-00044-MMH-MCR

MIKAYLA PRESTON,
in her induvial capacity as a Detective for St. Johns County Sheriff's Office, and
KATHLEEN DULLY, in her individual capacity as
medical director of the UF Child Protection Team,

       Defendants.

_____/

## <u>NOTICE OF APPEAL</u>

Plaintiff, William Lee Lawshe appeal to the United States Court of Appeals

for the Eleventh Circuit from the judgment entered on December 19, 2025 (Doc.

104).

A notice of appeal "encompasses all orders that, for purposes of appeal,

merge into the designated judgment . . . . It is not necessary to designate those

orders in the notice of appeal." Fed. R. App. P. 3(c)(4).

Nevertheless, in an abundance of caution, Plaintiffs designate the

following order for appeal: (1) the December 18, 2025 order granting summary

judgement in favor of Defendant Preston and Defendant Dully (Doc. 103).

This notice is timely because it is filed within 30 days of the judgment appealed from. Fed. R. App. P. 4(a)(1)(A).

Date: January 16, 2025.

Respectfully submitted,

**LAW OFFICES OF NOONEY, ROBERTS, HEWETT, AND NOWICKI**

*/s/ Michael K. Roberts*

**Michael K. Roberts, Esquire**
Florida Bar No. 00779741
1680 Emerson Street
Jacksonville, FL 32207
(904) 398-1992
mroberts@nrhnlaw.com
Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing was served on the following parties via electronic service on January 16, 2026, to all parties of record as follows:

**Mathew Carson, Esq.**
23 North Monroe Street
Tallahassee, Florida 32301
T (850) 205-1996 / F (850) 205-3004
E-mail: mcarson@sniffenlaw.com
*Counsel for Defendant Preston*

**John Wilson, Esq.**
**Jamie Kimbrell, Esq.**
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
850-877-7776 (Phone)
johnwilson@jsh-pa.com
jami@kimbrellfirm.com
*Counsel for Defendant Dully*

Respectfully Submitted,

*/s/ Michael K. Roberts*
**Michael K. Roberts, Esquire**
Florida Bar No. 00779741
1680 Emerson Street
Jacksonville, FL 32207
(904) 398-1992
mroberts@nrhnlaw.com
Attorney for Plaintiff