# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT
## **CIVIL APPEAL STATEMENT**

*Please TYPE.   Attach additional pages if necessary.*          11th Circuit Docket Number: 26-10155-D

| Caption: | | District and Division: Middle District of Florida. Jacksonville Div. |
|---|---|---|
| **William Lee Lawshe** | | Name of Judge: Jane A. Restani, Judge |
| v. | | Nature of Suit: Civil Roghts, Sec. 1983 |
| **Mikayla Preston and** | | Date Complaint Filed: 1/12/24 |
| **Kathleen Dully** | | District Court Docket Number: 3:24-cv-00044-JAR-MCR |

Date Notice of Appeal Filed: 1/16/26

☐ Cross Appeal     ☐ Class Action

Has this matter previously been before this court?
☐ Yes   ☑ No
If Yes, provide
(a)   Caption: _____
(b)   Citation: _____
(c)   Docket Number: _____

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| **For Appellant:**<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Michael Roberts | 1680 Emerson St.<br>Jacksonville, FL 32207 | T: (904)729-2346<br>F: (904) 858-9943<br>mroberts@nrhnlaw.com |
| **For Appellee:**<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Mathew Carson (Preston) | 905 E. Park Avenue<br>Tallahassee, FL 32301 | T: (850)601-1983<br>mcarson@spellman.law |
| | Jami M. Kimbrell (Dully) | 2898-6 Mahan Drive,<br>Tallahassee, FL 32308 | T: (850) 877-7776<br>jami@jsn-pa.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☑ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff:<br>$ TBD |
| ☐ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | |
| ☐ US Plaintiff | | ☑ Summary Judgment | Amount Sought by Defendant:<br>$ |
| ☐ US Defendant | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Judgment/Bench Trial | Awarded:<br>$ N/A |
| | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Jury Verdict | to _____ |
| | | ☐ Judgment/Directed Verdict/NOV | Injunctions:<br>☐ TRO |
| | ☐ Final Agency Action (Review) | ☐ Injunction | ☐ Preliminary   ☐ Granted<br>☐ Permanent   ☐ Denied |
| | ☐ 54(b) | ☐ Other _____ | |

Based on your present knowledge:

(1)  Does this appeal involve a question of First Impression?   ☐ Yes   ☑ No
     What is the issue you claim is one of First Impression? _____

(2)  Will the determination of this appeal turn on the interpretation or application of a particular case or statute?   ☐ Yes   ☑ No

     If Yes, provide
     (a)  Case Name/Statute _____
     (b)  Citation _____
     (c)  Docket Number if unreported _____

(3)  Is there any case now pending or about to be brought before this court or any other court or administrative agency that
     (a)  Arises from substantially the same case or controversy as this appeal?   ☐ Yes   ☑ No
     (b)  Involves an issue that is substantially the same, similar, or related to an issue in this appeal?   ☐ Yes   ☑ No

     If Yes, provide
     (a)  Case Name _____
     (b)  Citation _____
     (c)  Docket Number if unreported _____
     (d)  Court or Agency _____

(4)  Will this appeal involve a conflict of law
     (a)  Within the Eleventh Circuit?   ☐ Yes   ☑ No
     (b)  Among circuits?   ☐ Yes   ☑ No

     If Yes, explain briefly:

(5)  Issues proposed to be raised on appeal, including jurisdictional challenges:

     ## Plaintiff/Appellant contends that there existed a genuine issue of material facts as to the claims against Defendants/Appellees

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND

SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS ___30th_____ DAY OF __January_____, __2026_____.


Michael Roberts
_____                    /s/ Michael Roberts
                                                                     _____
NAME OF COUNSEL (Print)                                                        SIGNATURE OF COUNSEL