APPEAL NO. 26-10155-DD

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

WILLIAM LAWSHE,

Plaintiff-Appellant,

v.

MIKAYLA PRESTON, et al.,

Defendants-Appellees.

On Appeal from the United States District Court
for the Middle District of Florida
District Court Case No. 3:24-CV-00044-JAR-MCR

**APPELLEE MIKAYLA PRESTON'S CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Christen A. Petruzzelli
Florida Bar Number: 1039528
Attorney for Appellee Preston

SPELLMAN LAW, P.A.
905 East Park Avenue
Tallahassee, Florida 32301
T: (850) 601-1983
cpetruzzelli@spellman.law

# APPELLEE PRESTON'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellee, MIKAYLA PRESTON, through undersigned counsel, hereby certifies that the following individuals have an interest in the instant matter:

1.   Carson, Matthew J. – Attorney for Defendant-Appellee Preston

2.   Dully, Dr. Kathleen – Defendant-Appellee

3.   Florida Sheriffs Risk Management Fund – Insurer for Defendant-Appellee Preston

4.   Howard, Judge Marcia Morales – District Judge

5.   Howell, Buchan, & Strong – Attorneys for Defendant-Appellee Dully

6.   Kimbrell, Jami – Attorney for Defendant-Appellee Dully

7.   Lawshe, William Lee – Plaintiff-Appellant

8.   Nooney, Jeffery S. – Attorney for Plaintiff-Appellant

9.   Nooney, Roberts, Hewett & Nowicki – Attorneys for Plaintiff-Appellant

10.   Petruzzelli, Christen A. – Attorney for Defendant-Appellee Preston

11.   Preston, Mikayla – Defendant-Appellee

12.   Restani, Judge Jane A. – District Judge

13.   Richardson, Judge Monte C. – Magistrate Judge

14.   Roberts, Michael K. – Attorney for Plaintiff-Appellant

15.     Sniffen and Spellman, P.A. – Former Attorneys for Defendant-Appellee Preston

16.     Spellman Law, P.A. – Attorneys for Defendant-Appellee Preston

17.     Spellman, Michael P. – Attorney for Defendant-Appellee Preston

18.     Wilson, John – Attorney for Defendant-Appellee Dully

The undersigned certifies that no publicly traded company or corporation has an interest in the outcome of the case or appeal. The undersigned will enter this information into the web-based CIP contemporaneous with the filing of this Certificate of Interested Persons and Corporate Disclosure Statement.

Dated 17th day of February 2026.

/s/ Christen A. Petruzzelli
**CHRISTEN A. PETRUZZELLI**
Florida Bar No. 1039528
cpetruzzelli@spellman.law

**SPELLMAN LAW, P.A.**
905 East Park Avenue
Tallahassee, Florida  32301
T: (850) 601-1983

***Counsel for Appellee Preston***

## CERTIFICATE OF COMPLIANCE WITH TYPEFACE AND TYPE-STYLE REQUIREMENTS

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6), because this document has been prepared in a proportionally spaced typeface using Microsoft Office Word in fourteen-point Times New Roman font.

*/s/ Christen A. Petruzzelli*
**CHRISTEN A. PETRUZZELLI**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the U.S. Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system on February 17, 2026.

*/s/ Christen A. Petruzzelli*
**CHRISTEN A. PETRUZZELLI**