# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 03, 2026

Jeffery Nooney
The Law Office of Nooney and Roberts
1680 EMERSON ST
JACKSONVILLE, FL 32207

Michael K. Roberts
The Law Office of Nooney and Roberts
1680 EMERSON ST
JACKSONVILLE, FL 32207

Appeal Number:  26-10155-DD
Case Style:  William Lawshe v. Mikayla Preston, et al
District Court Docket No:  3:24-cv-00044-JAR-MCR

Electronic Filing

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

We have received from you for filing in this appeal the following:

Appellant's Brief

You have not entered your Appearance of Counsel Form in this appeal. Counsel who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Appearance forms are available at www.ca11.uscourts.gov. 11th Cir. R. 46-6(b) states in part, "When an attorney fails to file a required Appearance of Counsel Form within 14 days after notice of that requirement is mailed by the clerk, the clerk may not accept any further filings (except for a brief) from the attorney until the attorney files an Appearance of Counsel Form."

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

ATTY-1 Appearance form bar admission