No. 26-10155-D

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

WILLIAM LEE LAWSHE,

*Plaintiff-Appellant*,

v.

MIKAYLA PRESTON, and
KATHLEEN DULLY

*Defendants-Appellees*

Appeal from the United States District Court
for the Middle District of Florida, Jacksonville

No. 3:24-cv-00044-MMH-MCR

**APPELLEE DULLY'S MOTION TO ACCEPT SUPPLEMENTAL
APPENDIX AS TIMELY FILED**

Jami M. Kimbrell
Florida Bar No. 0657379
**Howell, Buchan & Strong**
2898-6 Mahan Drive
Tallahassee, FL 32308
Phone: (850) 877-7776
Email: Jami@jsh-pa.com

*Attorney for Appellee
Kathleen Dully*

## **INTRODUCTION**

Appellee, Kathleen Dully, M.D., by and through undersigned counsel, pursuant to Fed. R. App. P. 26(b) hereby files this Motion to Accept Appellee Dully's Supplemental Appendix as timely filed and states the following in support thereof:

1. On February 25, 2026, Appellant William Lawshe filed Appellant's Opening Brief, which established the Appellee's deadline to file the Answer Brief by March 27, 2026.

2. On or about March 16, 2026, Appellee Dully was granted an extension of time to file her Answer Brief by April 27, 2026.

3. On April 27, 2026, Appellee Dully filed her Answer Brief with the Eleventh Circuit Court of Appeals.

4. Additionally, on March 13, 2026, Appellant filed his five-volume appendix, and on May 4, 2026, Appellee Preston filed her two-volume supplemental appendix.

5. However, Appellee Dully did not file a supplemental appendix within the seven days allotted by the Federal Rules of Appellate Procedure.

6. Fed. R. App. P. 26(b) provides that, "[f]or good cause, the court may extend the time prescribed by [the] rules or by its order to perform any act, or may permit an act to be done after that time expires."

7. Undersigned Counsel had unexpected and unavoidable medical concerns during the months of April and May, and despite diligent efforts, the undersigned was unable to ascertain the need for a supplemental appendix to ensure the appropriate exhibits and documents were brought to the attention of the Court until recently.

8. Therefore, Appellee Dully submits that good cause exists to permit Appellee Dully to submit her Supplemental Appendix out of time.

WHEREFORE, Appellee Dully humbly requests that this Court enter an Order accepting Appellee Dully's Supplemental Appendix as Timely Filed.

Respectfully,

/s/ Jami M. Kimbrell
Jami M. Kimbrell
Florida Bar No. 0657379
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, FL 32308
Phone: (850) 877-7776
Email: Jami@jsh-pa.com
*Attorney for Appellee*
*Kathleen Dully*

## CERTIFICATE OF COMPLIANCE WITH FED. R. APP. P. 26-1

I HEREBY CERTIFY that the undersigned conferred with Appellant's Counsel and no objections exist to this present motion.

/s/ Jami M. Kimbrell
Jami M. Kimbrell

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was filed electronically and was sent by E-Mail from the Florida Courts' E-Filing Portal system on all counsel of record this 19th day of June, 2026.

/s/ Jami M. Kimbrell
Jami M. Kimbrell