In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 26-10155
_____

WILLIAM LEE LAWSHE,
    an individual,

                                                    *Plaintiff-Appellant,*

*versus*


SHERIFF OF ST. JOHNS COUNTY, et al.,

                                                    *Defendants,*


MIKAYLA PRESTON,
    in her individual capacity as a Detective for
    St. Johns County Sheriff's Office,
KATHLEEN DULLY,
    in her individual capacity as
    medical director of the UF Child Protection Team,

                                                    *Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:24-cv-00044-JAR-MCR
_____

ORDER:

Appellee's motion to file the supplemental appendix out of time is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION