**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 21, 2026

Matthew Joseph Carson
Spellman Law, PA
905 E PARK AVE
TALLAHASSEE, FL 32301

Appeal Number:  26-10155-DD
Case Style:  William Lawshe v. Mikayla Preston, et al
District Court Docket No:  3:24-cv-00044-JAR-MCR

### NOTICE OF PAPER COPY DEFICIENCY

The required paper copies of the appendix have not been received. See 11th Cir. Rules 30-1(d) and 31-3. The paper copies must be submitted within seven days of the date of this notice. The paper copies of briefs submitted by ECF filers must include the ECF docketing header from the electronically filed version of the brief. Clerk's Note: ECF filers are encouraged to have the ECF docketing header from the electronically filed version of the appendix on the cover page for the paper copies of the appendix submitted to the Court.

Failure to timely submit the required paper copies may cause the appeal to be dismissed for want of prosecution, under the provisions of 11th Cir. R. 42-1, 42-2, or 42-3, or may result in possible disciplinary action against counsel as described in Addendum Eight, or both. See FRAP 26, 11th Cir. IOP 1.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Notice of Paper Copy Deficiency